IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHAEL SCHIES | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-14-95 |
| | * | |
| NEWDAY FINANCIAL, LLC | * | |
| ****** | | |

**MEMORANDUM**

Michael Schies has instituted this action for unpaid overtime. Defendant has filed a motion to dismiss or to compel arbitration. The motion will be granted. The reasons for my ruling can be briefly stated.

First, although plaintiff states that he does not recall signing the agreement in which the arbitration provision is included, he does not deny signing that agreement. There is no evidence from which can be reasonably inferred that plaintiff did not sign the agreement.

Second, there is no basis for concluding that the arbitration provision is procedurally or substantively unconscionable. As to the alleged procedural unconscionability, the terms of the agreement apply to both parties. To the extent that the court in *Hopkins v. NewDay Financial, LLC*, 643 F. Supp. 2d 704 (E.D. Pa. 2009), reached a different conclusion, I respectfully disagree. As to the alleged substantive unconscionability, if plaintiff loses the arbitration but is able to persuade the arbitrator that his financial circumstances are such that he should not be required to pay defendant's arbitration fees, the arbitrator may relieve him of that obligation.

Because I am ordering arbitration of the claims asserted in this case, I will not decide defendant's additional arguments that plaintiff has failed to state a claim upon which relief can be granted. I note, however, that I probably would dismiss the claim asserted by plaintiff under

1

the Fair Labor Standards Act because plaintiff has not stated sufficient facts to support his conclusory allegation of willfulness and because, absent willfulness, plaintiff's claim is barred by limitations. As to plaintiff's state law claims, I would probably decline to decide those claims in light of the fact that they are asserted in parallel litigation pending in the Circuit Court for Cecil County, Maryland.

Date: March 25, 2014 \_\_\_/s/_____
J. Frederick Motz
United States District Judge